IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY CLEMENS,

    Petitioner,       No. CIV S-03-1006 LKK CMK P

    vs.

SHASTA COUNTY SHERIFF, et al.,

    Respondents.

_____/      ORDER

    By judgment entered September 27, 2006, petitioner's application for a writ of habeas corpus was denied and his case was closed. Attempts to serve petitioner's attorney with a copy of the August 22, 2006 findings and recommendations recommending denial of the petition and a copy of the September 27, 2006 final order failed due to the failure of petitioner's attorney to provide a forwarding address after resigning from practice. (Docs. 16, 20.) Reserve of both these documents was attempted. (Doc. 21.)

///

///

///

///

///

1         By letter filed October 17, 2006, petitioner personally requests information on the
2 status of his case.  Unfortunately, petitioner failed to include a change of address in his request
3 or to list his current address on the request. Therefore, it is impossible for the court to notify
4 petitioner as to the status of his case.

6 DATED:   October 19, 2006.

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE